# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Sean Wayman** DOB: 1999; United States | DOCKET NO.<br>**21-03110MJ** |
| | MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 3, 2021, in the District of Arizona, **Sean Wayman**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Mario Urias-Cordova, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about June 3, 2021, in the District of Arizona, **Sean Wayman**, knowing and in reckless disregard of the fact that certain illegal aliens, including Mario Urias-Cordova, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 3, 2021, in the District of Arizona (Naco), a United States Border Patrol Agent (BPA) saw a group of suspected noncitizens load into a 2007 Subaru Forester in an area approximately three to four miles north of the border. A BPA waiting on SR-82 saw several subjects hunched over in the back seat as the vehicle past his location. The BPA followed the vehicle and initiated a vehicle stop. The driver **Sean Wayman** immediately yielded. There were six passengers in the vehicle who admitted they were in the U.S. illegally, including Mario Urias-Cordova. The BPA asked **Wayman** if there were any firearms in the vehicle, **Wayman** responded "there is a gun on the driver side door, in the storage compartment. The BPA found a loaded 9MM Taurus inside a holster.

Material witness Mario Urias-Cordova said he had arranged to be smuggled into the United States for money and admitted he crossed the U.S. border illegally. His group walked to the load up spot where he got into a four-door car. Urias said that prior to getting to the load up spot, he received a picture via cell phone of the type of car that would be picking up the group. Urias identified **Wayman** as the driver in a photo lineup.

In a post-*Miranda* statement, **Wayman** said his coworker got him in contact with a man named "Andy" to make money. Andy contacted **Wayman** and asked him if he wanted to make money. Andy was going to pay him $500 USD to pick up a few people. On June 3, 2021 **Wayman** left Phoenix towards Sierra Vista. **Wayman** said he was given directions to the pickup location where several people, some in camouflage, got into his vehicle. **Wayman** said he was stopped by BPA shortly after he picked the people.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Mario Urias-Cordova

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri ACA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Leslie A. Bowman* | DATE<br>June 4, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54